RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 APR 21 P 4:11

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jesus Barrera-Flores
Defendant(s)

CRIMINAL NO. 08 mj 1103

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, Ruben Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Miguel Jose Soto-Davalos

DATED: 4/21/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**



U.S. GPO: 2003-581-774/70082