UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -6 P 3:35

UNITED STATES OF AMERICA, Plaintiff

vs.

Jesus Barrera-Flores

Defendant(s)

CRIMINAL NO. 08 CR1427-JLS 08 MJ 1103

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District/~~Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Brisia Trejo-Blanco

DATED: 5/6/08

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. ~~SAMUEL HAMRICK, JR.~~ Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082